**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BATTLECREEK PHARMACY, INC.,
BENZER AR 1 LLC, BENZER CA 1 LLC,
BENZER CO 2 LLC, BENZER FL 10 LLC,
BENZER FL 11 LLC, BENZER FL 12, LLC
BENZER FL 13 LLC, BENZER FL 14 LLC,
BENZER FL 15 LLC, BENZER FL 17 LLC,
BENZER FL 26 LLC, BENZER FL 39 INC. f/k/a
BROOKSVILLE DRUGS, INC., BENZER
FL 4 LLC, BENZER FL 40, INC. f/k/a LEMON
BAY DRUGS NORTH, INC., BENZER FL 7 LLC
BENZER FL 8 LLC, BENZER FL 9 LLC,
BENZER GA 3 LLC, BENZER IA 1 LLC,
BENZER ID 1 LLC, BENZER IN 1 LLC,                  Case No.
BENZER KY 1 LLC, BENZER LA 1 LLC,
BENZER MO 2 LLC, BENZER MS 1 LLC,
BENZER NJ 3 LLC, BENZER NV 1 LLC,
BENZER NY 1 LLC, BENZER OH 1 LLC,
BENZER 10 LLC, BENZER OH 12 LLC
BENZER OH 2 LLC, BENZER OH 3 LLC,
BENZER OH 4 LLC, BENZER OH 5 LLC,
BENZER OH 6 LLC, BENZER OH 7 LLC,
BENZER OH 8 LLC, BENZER OH 9 LLC,
BENZER PHARMACY FL1 LLC, BENZER
PHARMACY FL2 LLC, BENZER SC 1 LLC,
BENZER TN 1 LLC, BENZER TX3 LLC,
BERKLEY PHARMACY LLC, BETTER CARE
PHARMACY LLC, BIO-SCRIPT PHARMACY
LLC, BLUE PHARMACY LLC f/k/a
HORROCKS PHARMACY LLC, BLUE WATER
PHARMACY LLC, BROOKSIDE DRUGS LLC,
BROOKSVILLE DRUGS, INC., BYRON
DRUGS LLC, EDWARDS PHARMACY OF
INDIAN ROCKS LLC, FENTON PHARMACY
LLC, HARI OM PHARMACY LLC, NORTH
SAGINAW PHARMACY LLC, OHM
PHARMACY SERVICES, INC., PRONTO-MED
INC., RX CARE 10 LLC, RX CARE 11 LLC,
RX CARE 12 LLC, RX CARE 13 LLC, RX
CARE 14 LLC, RX CARE 16 LLC, RX CARE
17 LLC, RX CARE 7 LLC, RX CARE FOUR
LLC, RX CARE OF LA, INC., RX CARE OF
LADY LAKE, INC., RX CARE OF MI LLC,

RX CARE OF NC LLC, RX CARE PHARMACY,
INC., RX CARE SPECIALTY PHARMACY LLC,
RX ONE PHARMACY LLC f/k/a RX PLUS
PHARMACY LLC, SUPREME PHARMACY
AND MEDICAL SUPPLIES LLC, WELLCARE
PHARMACY SERVICES, INC.,

             Plaintiffs,

v.

HEALTH MART ATLAS, LLC

             Defendant.

## PLAINTIFFS' COMPLAINT

Plaintiffs, BattleCreek Pharmacy, Inc., Benzer AR 1 LLC, Benzer CA 1 LLC, Benzer CO 2 LLC, Benzer FL 10 LLC, Benzer FL11 LLC, Benzer FL 12 LLC , Benzer FL 13 LLC, Benzer FL 14 LLC, Benzer FL 15 LLC, Benzer FL 17 LLC, Benzer FL 26 LLC, Benzer FL 39, Inc. f/k/a Brooksville Drugs, Inc., Benzer FL 4 LLC, Benzer FL 40, Inc. f/k/a Lemon Bay Drugs North, Inc., Benzer FL 7 LLC, Benzer FL 8 LLC, Benzer FL 9 LLC, Benzer GA 3 LLC, Benzer IA 1 LLC, Benzer ID 1 LLC, Benzer IN 1 LLC, Benzer KY 1 LLC, Benzer LA 1 LLC, Benzer MO 2 LLC, Benzer MS 1 LLC, Benzer NJ 3 LLC, Benzer NV 1 LLC, Benzer NY 1 LLC, Benzer OH 1 LLC, Benzer OH 10 LLC, Benzer OH 12 LLC, Benzer OH 2 LLC, Benzer OH 3 LLC, Benzer OH 4 LLC, Benzer OH 5 LLC, Benzer OH 6 LLC, Benzer OH 7 LLC, Benzer OH 8 LLC, Benzer OH 9 LLC, Benzer Pharmacy FL1 LLC, Benzer Pharmacy FL 2 LLC, Benzer SC 1 LLC, Benzer TN 1 LLC, Benzer TX3 LLC, Berkley Pharmacy LLC, Better Care Pharmacy LLC, Bio-Script Pharmacy LLC, Blue Pharmacy LLC f/k/a Horrocks Pharmacy LLC, Blue Water Pharmacy LLC, Brookside Drugs LLC, Brooksville Drugs, Inc., Byron Drugs LLC, Edwards Pharmacy of Indian Rocks LLC, Fenton Pharmacy LLC, Hari Om Pharmacy LLC, North Saginaw Pharmacy LLC, OHM Pharmacy Services, Inc., Pronto-Med, Inc., Rx Care 10

LLC, Rx Care 11 LLC, Rx Care 12 LLC, Rx Care 13 LLC, Rx Care 14 LLC, Rx Care 16 LLC, Rx Care 17 LLC, Rx Care 7 LLC, Rx Care Four LLC, Rx Care of LA, Inc., Rx Care of Lady Lake, Inc., Rx Care of MI LLC, Rx Care of NC LLC, Rx Care Pharmacy, Inc., Rx Specialty Pharmacy LLC, Rx One Pharmacy LLC f/k/a Rx Plus Pharmacy LLC, Supreme Pharmacy and Medical Supplies LLC, Wellcare Pharmacy Services, Inc. (collectively, the "Benzer Parties" or "Plaintiffs"), by and through their attorneys, Macfarlane Ferguson & McMullen, and for their Complaint against Defendant, Health Mart Atlas, LLC ("HMA"), state as follows:

## INTRODUCTION

1.      This Complaint is brought to redress significant financial harm caused by HMA to the Benzer Parties.

## PARTIES

2.      Battlecreek Pharmacy, Inc. is a Michigan corporation with its principal place of business in Michigan.

3.      Benzer CA 1 LLC is a California limited liability company with its principal place of business in California.  The sole member of Benzer CA 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

4.      Benzer CO 2 LLC is a Colorado limited liability company with its principal place of business in Colorado. The sole member of Benzer CO 2 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

5.      Benzer FL 11 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 11 LLC is Benzer Pharmacy Holding,

LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

6.      Benzer FL 12 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 12 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

7.      Benzer FL 13 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of FL 13 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

8.      Benzer FL 14 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 14 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

9.      Benzer FL 15 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 15 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

10.      Benzer FL 17 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 17 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

11.     Benzer FL 26 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 26 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

12.     Benzer FL 39, Inc. f/k/a Brooksville Drugs, Inc. is a Florida corporation with its principal place of business in Florida.

13.      Benzer FL 4 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 4 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

14.     Benzer FL 7 LLC is a Florida limited liability company with its principal place of business in Florida.  The sole member of Benzer FL 7 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

15.     Benzer FL 8 LLC is a Florida limited liability company with its principal place of business in Florida.  The sole member of Benzer FL 8 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

16.     Benzer FL 9 LLC is a Florida limited liability company with its principal place of business in Florida.  The sole member of Benzer FL 9 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

17.     Benzer GA 3 LLC is a Georgia limited liability company with its principal place of business in Georgia. The sole member of Benzer GA 3 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

18.     Benzer IA 1 LLC is an Iowa limited liability company with its principal place of business in Iowa. The sole member of Benzer IA 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

19.     Benzer ID 1 LLC is an Idaho limited liability company with its principal place of business in Idaho. The sole member of Benzer ID 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

20.     Benzer IN 1 LLC is an Indiana limited liability company with its principal place of business in Indiana. The sole member of Benzer IN 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

21.     Benzer LA 1 LLC is a Louisiana limited liability company with its principal place of business in Louisiana. The sole member of Benzer LA 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

22.     Benzer MO 2 LLC is a Missouri limited liability company with its principal place of business in Missouri. The sole member of Benzer MO 2 LLC is Benzer Pharmacy Holding,

LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

23.     Benzer NJ 3 LLC is a New Jersey limited liability company with its principal place of business in New Jersey. The sole members of Benzer NJ 3 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

24.     Benzer NV 1 LLC is a Nevada limited liability company with its principal place of business in Nevada. The sole member of Benzer NV 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

25.     Benzer NY 1 LLC is a New York limited liability company with its principal place of business in New York. The sole member of Benzer NY 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

26.     Benzer OH 1 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

27.     Benzer OH 12 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 12 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

28.     Benzer OH 2 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 2 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

29.     Benzer OH 3 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 3 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

30.     Benzer OH 4 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 4 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

31.     Benzer OH 6 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 6 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

32.     Benzer OH 7 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 7 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

33.     Benzer OH 8 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 8 LLC is Benzer Pharmacy Holding, LLC, the

sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

34.     Benzer OH 9 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 9 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

35.     Benzer Pharmacy FL 1 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer Pharmacy FL 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

36.     Benzer Pharmacy FL 2 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer Pharmacy FL 2 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

37.     Benzer TN 1 LLC is a Tennessee limited liability company with its principal place of business in Tennessee. The sole member of Benzer TN 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

38.     Benzer TX 3 LLC is a Texas limited liability company with its principal place of business in Texas. The sole member of Benzer TX 3 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

39.     Berkley Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Berkley Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

40.     Better Care Pharmacy LLC is a Virginia limited liability company with its principal place of business in Virginia. The sole member of Better Care Pharmacy LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

41.     Bio-Script Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Bio-Script Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

42.     Blue Pharmacy LLC f/k/a Horrocks Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Blue Pharmacy LLC f/k/a Horrocks Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

43.     Blue Water Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Blue Water Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

44.     Brookside Drugs LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Brookside Drugs LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

45.     Byron Drugs LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Byron Drugs LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

46.     Fenton Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Fenton Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

47.     Hari Om Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Hari Om Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

48.     North Saginaw Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of North Saginaw Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

49.     OHM Pharmacy Services, Inc. is a Florida corporation with its principal place of business in Florida.

50.     Pronto-Med, Inc. is a Florida corporation with its principal place of business in Florida.

51.     Rx Care 10 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care 10 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

52.     Rx Care 11 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care 11 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

53.     Rx Care 13 LLC is a North Carolina limited liability company with its principal place of business in North Carolina. The sole member of Rx Care 13 LLC is Benzer Pharmacy

Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

54.     Rx Care 14 LLC is a North Carolina limited liability company with its principal place of business in North Carolina. The sole member of Rx Care 14 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

55.     Rx Care 16 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care 16 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

56.     Rx Care 17 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care 17 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

57.     Rx Care Four LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care Four LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

58.     Rx Care of LA, Inc. is a Louisiana corporation with its principal place of business in Louisiana.

59.     Rx Care of Lady Lake, Inc. is a Florida corporation with its principal place of business in Florida.

60.     Rx Care of MI LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Rx Care of MI LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

61.     Rx Care of NC LLC is a North Carolina limited liability company with its principal place of business in North Carolina. The sole member of Rx Care of NC LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

62.     Rx Care Pharmacy, Inc. is a North Carolina corporation with its principal place of business in North Carolina.

63.     Rx Care Specialty Pharmacy LLC is a Michigan limited liability company with its principal place of business in Michigan. The members of Rx Care Specialty Pharmacy LLC are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

64.     Rx Care Specialty Pharmacy LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care Specialty Pharmacy LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

65.     Rx One Pharmacy LLC f/k/a Rx Plus is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx One Pharmacy LLC f/k/a Rx Plus is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

66.     Wellcare Pharmacy Services, Inc. is a Florida corporation with its principal place of business in Florida.

67.     Benzer AR 1 LLC is an Arkansas limited liability company with its principal place of business in Arkansas. The sole member of Benzer AR 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

68.     Benzer FL 10 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Benzer FL 10 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

69.     Benzer FL 40, Inc. f/k/a Lemon Bay Drugs North, Inc. is a Florida corporation with its principal place of business in Florida.

70.     Benzer KY 1 LLC is a Kentucky limited liability company with its principal place of business in Kentucky. The sole member of Benzer KY 1 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

71.     Benzer OH 10 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 10 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

72.     Benzer OH 5 LLC is an Ohio limited liability company with its principal place of business in Ohio. The sole member of Benzer OH 5 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

73.     Edwards Pharmacy of Indian Rocks LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Edwards Pharmacy of Indian Rocks LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

74.     Rx Care 12 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care 12 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

75.     Rx Care 7 LLC is a Florida limited liability company with its principal place of business in Florida. The sole member of Rx Care 7 LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

76.     Supreme Pharmacy and Medical Supplies LLC is a Maryland limited liability company with its principal place of business in Maryland. The sole member of Supreme Pharmacy and Medical Supplies LLC is Benzer Pharmacy Holding, LLC, the sole members of which are Alpesh Patel and Manish Patel, residents of Florida and Michigan, respectively.

77.     On information and belief, HMA is owned by McKesson Corporation, a Delaware corporation with its principal place of business in Irving, Texas.

## **VENUE/JURISDICTION**

78.     This is an action in diversity in which damages exceed $75,000 in the aggregate. This Court has jurisdiction pursuant to 28 U.S.C. § 1332.  This Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1367(a).

79.     Venue in this Court is proper under 28 U.S.C. § 1391(b)(2) and (3).

## BACKGROUND

### The Pharmacy Participation Agreement

80.     HMA operates a pharmacy services administrative organization (PSAO).  HMA markets itself as providing "access to narrow networks through strategic contracting, increased pharmacy efficiencies, and the tools to remain top pharmacy performers."   HMA describes its features as including strategic contracting, the increase of pharmacy efficiencies and the improvement of pharmacy performance.

81.     The Benzer Parties own and operate pharmacies throughout the United States.  The Benzer Parties and HMA each entered into a Pharmacy Participation Agreement (collectively, the "Participation Agreement").  The Participation Agreement provides that it is confidential and it is, therefore, not attached hereto.  The Participation Agreement is a form HMA contract and is in the possession of HMA.

82.     As set forth in the Participation Agreement, HMA "wishes to create a network of retail community pharmacies to provide certain pharmacy services."  *See,* the Participation Agreement, Recitals.  The purpose of the Participation Agreement was so that HMA could negotiate and enter into contracts for pharmacy-related products and services on behalf of the Benzer Parties.  HMA would then, among other things, collect reimbursements from the third parties with whom it contracted on behalf of the Benzer Parties.  HMA states on its website that it "consolidates your reimbursements from multiple managed care plans and sends 100% of the dollars to you in easy-to-track payments."

83.     The Participation Agreement provides that reimbursement payments from the third parties with whom HMA contracts on behalf of the Benzer Parties can be made either directly to the Benzer Parties or to HMA.  For those payments made to HMA, HMA is to make

"reasonable efforts" to pay the Benzer Parties within two banking days of HMA's receipt of the funds.  *See,* the Participation Agreement, § 6.1(b).

84.    The Participation Agreement only allows HMA to withhold funds due to the Benzer Parties in certain limited circumstances.  In the event that the Benzer Parties are "subject to a negative charge, recoupment, true-up or other fee or clawback from a Payor, or otherwise has a debit balance for one or more Pharmacy Locations," HMA has the right to withhold funds, among other options.  *See,* the Participation Agreement, § 6.1(c).

85.    HMA also has the right to "in its sole discretion, establish a contingency reserve fund."  *See,* the Participation Agreement , § 6.1(d).

**HMA Wrongfully Withholds Amounts Due to the Benzer Parties**

86.    Beginning November 22, 2019, HMA began withholding reimbursements owed to the Benzer Parties.  HMA currently holds over $4,000,000 that is owed to the Benzer Parties under the Participation Agreement.

87.    HMA has previously contended that the withheld funds were due to supposed balances owed by only four of the Benzer Parties: Benzer FL 13, LLC, Bio-Script Pharmacy LLC, Rx Care 14 LLC and OHM Pharmacy Services Inc.  Despite this, HMA began withholding funds from all of the Benzer Parties.

88.    On December 5, 2019, counsel for the Benzer Parties demanded that HMA release the funds that it was holding under the Participation Agreement.  A copy of this demand is attached hereto as Exhibit A.

89.    On December 13, 2019, having received no response, counsel for the Benzer Parties sent a follow up to HMA.  A copy of this email correspondence is attached hereto as Exhibit B.

90.     On December 16, 2019, internal counsel for HMA stated that she would respond that week.  *See,* Exhibit B.  Counsel for the Benzer Parties followed up on December 18, 2019 asking when a call could be scheduled, but counsel for HMA did not respond.  *See,* Exhibit B.

91.     Having received no response, counsel for the Benzer Parties again followed up on December 30, 2019.  *See,* Exhibit B.  HMA failed to respond.

92.     On February 12, 2020, after counsel for the Benzer Parties began discussing other issues with counsel for an affiliate of HMA, counsel for the Benzer Parties again asked for information from HMA related to HMA's withholding of funds from the Benzer Parties.   On February 20, 2020, counsel for HMA finally responded, attaching numerous documents and purporting to provide an explanation for the withholding of funds, contending that the Benzer Parties were being treated similarly to HMA's other member pharmacies.   A copy of this email correspondence (without exhibits) is attached hereto as Exhibit C.   HMA failed to release any funds or provide an adequate explanation for HMA's position.

93.      On March 23, 2020, representatives of the Benzer Parties and HMA and its affiliates had a telephone call to discuss numerous outstanding issues, including HMA's withholding of funds under the Participation Agreement.  During that telephone call, the Benzer Parties were told that no money was owed to them, despite over $4,000,000 being withheld by HMA.

94.     Subsequently, counsel for the Benzer Parties followed up with counsel for HMA on April 6, 2020 seeking additional information regarding the amounts withheld by HMA, including, among other things, a calculation of the amount withheld and confirmation that the Benzer Parties were being treated the same as other pharmacies with whom HMA had

contracted.  A copy of this email correspondence is attached hereto as <u>Exhibit D</u>.  HMA failed to respond to this request.

95.     HMA has no basis to withhold the significant amounts owed by it to the Benzer Parties.

## <u>COUNT I - ACCOUNTING</u>

96.     The Benzer Parties incorporate paragraphs 1 through 95 as if fully set forth herein.

97.     HMA and the Benzer Parties were engaged in complex transactions, involving numerous entities, voluminous amounts of orders and significant sums of money.  HMA now claims that significant amounts of money are properly withheld from the Benzer Parties, which the Benzer Parties dispute.

98.     Any remedy at law would be inadequate.

WHEREFORE, the Benzer Parties demand that Health Mart Atlas, LLC be ordered to provide an accounting of all of its transactions with the Benzer Parties, including all amounts it claims can be withheld from the Benzer Parties, and for such other and further relief as the Court deems just and proper.

## <u>COUNT II – BREACH OF CONTRACT</u>

99.     The Benzer Parties incorporate the paragraphs 1 through 95 as if fully set forth herein.

100.     The Participation Agreement is a valid contract between HMA and the Benzer Parties.

101.     HMA materially breached the Participation Agreement by, as set forth herein, withholding amounts owed to the Benzer Parties in breach of the Participation Agreement.

HMA had no right to withhold money from the Benzer Parties under any provision of the Participation Agreement.

102.   The Benzer Parties have been damaged as a result of HMA's breach of the Participation Agreement.

103.   The Benzer Parties have retained the law firm of Macfarlane Ferguson & McMullen and are responsible for paying reasonable attorneys' fees and costs.

104.   Pursuant to the Participation Agreement, the Benzer Parties are entitled to an award of reasonable attorneys' fees and costs in this action.

WHEREFORE, the Benzer Parties demand judgment against Health Mart Atlas, LLC in an amount to be proven at trial, an award of its attorneys' fees, and such other and further relief as the Court deems just and proper.

## COUNT III – BREACH OF IMPLIED DUTY OF GOOD FAITH AND FAIR DEALING

105.    The Benzer Parties incorporate the paragraphs 1 through 95 as if fully set forth herein.

106.   The Participation Agreement is a valid contract between HMA and the Benzer Parties.

107.   The Benzer Parties have performed all of their obligations under the Participation Agreement and all conditions required for HMA's performance have occurred.

108.   HMA's actions in withholding sums that were due to the Benzer Parties unfairly interfered with the Benzer Parties' receipt of the Participation Agreement's benefits.  HMA's conduct did not comport with the Benzer Parties' reasonable contractual expectations under the Participation Agreement.

109.    HMA's conduct breached the implied duty of good faith and fair dealing and the Benzer Parties were damaged as a result of that breach.

WHEREFORE, the Benzer Parties demand judgment against Health Mart Atlas, LLC in an amount to be proven at trial, an award of its attorneys' fees, and such other and further relief as the Court deems just and proper.

### COUNT IV – VIOLATION OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT

110.    The Benzer Parties incorporate the paragraphs 1 through 95 as if fully set forth herein.

111.    This is a count for violation of the Florida Deceptive and Unfair Trade Practices Act, §§ 501.20, et seq., Florida Statutes ("FDUTPA") against HMA.

112.    The conduct of HMA, as set forth above in improperly withholding fund from the Benzer Parties, constitutes unfair and deceptive acts and practices which are prohibited and actionable under FDUPTA.

113.    The conduct of HMA is of the type that is likely to mislead consumers, acting reasonably under the circumstances.

114.    HMA willfully engaged in deceptive and unfair trade practices in that it know or should have known that the methods, acts and practices described herein were deceptive, unfair, unconscionable or prohibited by law.

115.    Benzer Parties have suffered actual damages as the result of the acts of HMA in an amount thus far not determined.

116.    In addition to the Benzer Parties actual damages, they are entitled to recover their reasonable attorneys' fees and court costs, pursuant to § 501.2105, Florida Statutes.

WHEREFORE, the Benzer Parties demand judgment against Health Mart Atlas, LLC in an amount to be proven at trial, an award of its attorneys' fees, and such other and further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiffs demand a jury for all issues so triable.

Respectfully submitted this 16th day of October, 2020.

/s/ Jeffrey W. Gibson
**Jeffrey W. Gibson, Esq.**
Florida Bar Number: 568074
**Thomas R. Farrior, Esq.**
Florida Bar Number: 111965
Primary email:        jg@macfar.com
trf@macfar.com
Secondary email:        ala@macfar.com
gmt@macfar.com

**MACFARLANE FERGUSON & MCMULLEN**
201 N. Franklin Street, Suite 2000
Tampa, Florida 33602
Telephone:    813-273-4200
Fax:               813-273-4396
Attorney for Plaintiffs